No. 297.  RITTER *v.* KENTUCKY.  Court of Appeals of Kentucky.  Certiorari denied.  MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.  *Marvin J. Sternberg* for petitioner.  *A. E. Funk,* Attorney General of Kentucky, and *H. D. Reed, Jr.,* Assistant Attorney General, for respondent.

No. 301.  S/A INDUSTRIAS REUNIDAS F. MATARAZZO *v.* LATIMER.  C. A. 2d Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.  *Leonard G. Bisco* for petitioner. *Thomas F. Daly* for respondent.

No. 303.  SELLERS ET AL. *v.* STANOLIND OIL & GAS Co. C. A. 10th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.  *Duke Duvall, William E. Leahy* and *William J. Hughes, Jr.* for petitioners.  *Ray S. Fellows, Weymouth Kirkland* and *Howard Ellis* for respondent.

No. 304.  PAPER CONTAINER MFG. Co. *v.* DIXIE CUP Co.  C. A. 7th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.  *Franklin M. Warden, James C. Leaton* and *Casper W. Ooms* for petitioner.  *Carlton Hill* and *Thomas L. Marshall* for respondent.

No. 305.  SMITH *v.* McLANE ET AL.  C. A. 3d Cir. Certiorari denied.  MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.  *Martin A. Schenck* and *Kenneth W. Greenawalt* for petitioner.  *William H. Eckert* for respondents.